IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Derell Dewitt Wiggins, | ) | C/A No.: 1:18-1448-TMC-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Brian Wallace; Mark Richardson; Richard Neil; Briana Murphy; Bryan Alexander; Oscar Almazon; Richard McCullough; and Brandon Rowell, | ) | ORDER |
| Defendants. | ) | |

Plaintiff Derell Dewitt Wiggins ("Plaintiff"), proceeding pro se and in forma pauperis, has alleged Brandon Rowell used excessive force against him in violation of Plaintiff's constitutional rights. [ECF No. 67]. By order dated December 14, 2018, service of process of the amended complaint was authorized. [ECF No. 66]. On February 1, 2019, the summons for Brandon Rowell was returned unexecuted. [ECF No. 77]. In the "Remarks" section of the USM-285, the Marshals Service indicated "No longer employed at Marion." *Id.*

Plaintiff was previously warned: "Plaintiff must provide, and is responsible for, information sufficient to identify defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified defendant. Unserved defendants may be dismissed as parties to

this case if not served within the time limit governed by Rule 4(m) and this order." [ECF No. 66 at 3]. While Plaintiff may be entitled to discovery to determine Rowell's last known address, such discovery may pose a security risk. Therefore, the court directs defense counsel to advise by February 26, 2019, via a brief filing on the docket, whether she or other counsel is authorized to accept service on behalf of Brandon Rowell, or otherwise provide the last known address where he may be served.

    IT IS SO ORDERED.

*Shiva V. Hodges*

February 12, 2019                              Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge